UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ABDIRAHMAN ABDI, | Case No. 25-CV-1305 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MOORHEAD POLICE DEPARTMENT, ET AL., | |
| Defendants. | |

The Court has received the May 6, 2025 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 7 ("R&R").) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Judge Brisbois did not clearly err when he recommended (1) dismissing Abdi's complaint without prejudice and (2) denying Abdi's IFP application as moot. The Court agrees that Abdi has not alleged enough facts to state a claim to relief that is plausible on its face. (R&R at 3.)

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 7) is ADOPTED;

2. The action is DISMISSED WITHOUT PREJUDICE; and

2

3. Plaintiff's applications to proceed *in forma pauperis* are DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 22, 2025                                      BY THE COURT:

                                                          s/Nancy E. Brasel
                                                          Nancy E. Brasel
                                                          United States District Judge